**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 08-20483-CV-UNGARO

MOISES E. BURE,

    Plaintiff,

v.

MIAMI-DADE POLICE DEPT., ET AL.,

    Defendants.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on Plaintiff's *pro se* complaint against Defendants pursuant 28 U.S.C. §1915(g). The matter was referred to Magistrate Judge Patrick A. White who on April 22, 2008 issued a Report recommending that complaint be dismissed on grounds that Plaintiff is barred from proceeding *in forma pauperis* under 28 U.S.C. §1915(g) since his complaint does not demonstrate that he is under imminent danger of serious physical injury. (D.E. 14.); See also *Brown v. Johnson* 387 F.3d. 1344, 1350 (11th Cir. 2004.) The Magistrate Judge further recommended that the dismissal should be without prejudice and that Plaintiff may re- file a new complaint accompanied by payment of the full filing fee. (Id.) The matter is ripe for disposition and no objections to the Magistrate Judge's Report have been filed.

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, AFFIRMED AND ADOPTED. Plaintiff's complaint is dismissed without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this_6th_ day of June, 2008.

*[signature]*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Moises E. Bure, *pro se*